■ THE PEOPLE OF THE STATE OF NEW YORK v PATRICK FLYNN.—Motion for summary reversal denied. Former court reporter Al Stern is directed to immediately transcribe the missing minutes or, alternatively, to return his stenographic notes to the Clerk of the Supreme Court, New York County. William J. Gallagher, Esq. (the Legal Aid Society) is directed to serve a certified copy of the order herein on said former court reporter within 10 days of the date of entry thereof. If a stenographic record cannot be produced, both parties should make efforts to reconstruct a transcript of the missing minutes. (See *People v Rivera,* 39 NY2d 519.) Should all steps to produce a transcript prove unsuccessful, defendant may, on presentation of the appeal, set forth arguments showing that he was prejudiced by the absence of the minutes. (See *People v Fearon,* 13 NY2d 59; *People v Roundtree,* 45 AD2d 731; *People v Bronson,* 35 AD2d 1068.) Concur—Stevens, P. J., Kupferman, Murphy and Capozzoli, JJ.

# (July 6, 1976)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUY FISHER, Appellant.—Judgment, Supreme Court, New York County, rendered on March 31, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Markewich, J. P., Birns, Silverman, Capozzoli and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARSENIO ROSADO, Appellant.—Judgment, Supreme Court, Bronx County, rendered July 23, 1974, convicting defendant, after a nonjury trial, of attempted murder, assault in the second degree (two counts) and possession of a weapon as a felony, unanimously modified, on the law, to the extent of reversing the convictions for assault (two counts) and possession of a weapon, vacating the concurrent sentences imposed thereon and dismissing said counts of the indictment, and as so modified, the judgment is otherwise affirmed. Under the circumstances of this case, defendant's conviction of attempted murder required the dismissal of the lesser included concurrent counts of assault and possession of a weapon. *(People v Pyles,* 44 AD2d 784.) Concur—Kupferman, J. P., Murphy, Lupiano, Silverman and Lane, JJ.